# EXHIBIT 3

**You May Be a Member of a Class Action Settlement Which Could Affect Your Rights. If You Are, You May Be Entitled to a Per Call Payment.**

A Settlement Agreement has been reached in a class action lawsuit which alleges that AT&T Mobility LLC ("AT&T Mobility") used an automatic telephone dialing system and/or an artificial prerecorded voice to make calls to cellular telephones without the prior express consent of the owners of those numbers. You may be a member of the Settlement Class and entitled to payment under that Settlement.

You received this Notice because AT&T Mobility's records indicate that AT&T Mobility or someone acting on its behalf placed or attempted to place one or more calls using an automated dialing system or a prerecorded voice to **Telephone Number** _____ (the "Telephone Number"). If this number belonged to you at the time the call(s) were made, and you were not a customer of AT&T Mobility at the time of such call(s), you may be entitled to receive payment under the Settlement.

A settlement fund of $45,000,000 has been established to pay valid claims, attorney's fees, costs, expenses and settlement administration costs. If you were the owner of the Telephone Number listed above during the time period in which AT&T Mobility placed or attempted to place calls to the Telephone Number using an automated system or a prerecorded voice, you may be eligible to receive a share of that settlement fund if you did not consent to receive such calls. The final cash payment amount per call will depend on the total number of valid and timely claims filed by all Class Members.

You may choose to exclude yourself from, or object to, the Settlement. The Court has appointed attorneys to represent the Class. Those attorneys are the law firms of Bishop and Heenan, 1631 Zimmerman Trail, Billings, MT 59102, Keogh Law, Ltd., 55 W. Monroe St., Ste. 3390, Chicago, IL 60603 and Bingham and Lea, P.C, 319 Maverick St., San Antonio, TX 78212. You will not be charged for their work and can contact them at (866) 726-1092 or TCPASettlement@Keoghlaw.com. Class Counsel will request an award for attorney's fees and expenses from the Court of up to one-third of the settlement fund. You may hire your own attorney, but only at your own expense.

**YOUR OPTIONS:**

- **To receive payment, you must submit the attached Claim Form. Claim Forms must be submitted electronically or postmarked by XXXX, XXXX. A Claim Form has been mailed to you along with this notice. Alternatively, you may obtain a Claim Form by visiting www.[INSERT].com.**

- If you choose to exclude yourself from the Settlement and keep your right to sue or arbitrate against AT&T Mobility, you must send a written request for exclusion postmarked by [[deadline]], to [[claims administrator address]].

- If you do not exclude yourself, you have or your lawyer has the right to appear before the Court and object to the Settlement or to Class Counsel's request for an award of one-third of the settlement fund in attorney's fees and costs (the "Attorney's Fees Request"). Any objections to the Settlement or the Attorney's Fees Request, along with any supporting material must be postmarked by XXXX and filed with the Court by that date. Untimely objections and material not filed will not be considered.

- If you do not exclude yourself, you will be bound by the terms of the Settlement and give up your rights to sue AT&T Mobility or to pursue arbitration against AT&T Mobility for any claim relating to the Call(s).

The Court will determine whether to approve the Settlement at a Fairness Hearing scheduled to take place on [[date, time]] at the United States District Court for the District of Montana, 2601 2nd Avenue North, Billings, Montana 59101.

**FOR MORE INFORMATION PLEASE VISIT THE SETTLEMENT WEBSITE at http://www.[INSERT].com**