John Heenan
BISHOP & HEENAN
1631 Zimmerman Trail
Billings, MT 59102
T: (406) 839-9091
F: (406) 839-9092
John@bishopandheenan.com

Keith J. Keogh
Keogh Law LTD
55 W. Monroe St. Suite 3390
Chicago, IL 60603
T: (312) 726-1092
F: (312) 726-1093
Keith@keoghlaw.com
*Admitted Pro Hac Vice*

Benjamin R. Bingham
Bingham & Lea PC
319 Maverick St.
San Antonio, TX 78212
T: (210) 224-1819
F: (210) 224-0141
Ben@binghamandlea.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiff and the Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JOEL HAGEMAN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>AT&T MOBILITY LLC,<br><br>        Defendant. | Case No.  CV-13-50-DLC-RWA<br><br><br>***UNOPPOSED* MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Joel Hageman, by and through the undersigned and pursuant to Rule 23, F.R.Civ.P., respectfully moves for final approval of the Class Action Settlement Agreement with Defendant AT&T Mobility, LLC ("ATTM") that was

1

granted preliminary approval by this Court on October 7, 2014 (Dkt. #57). ATTM does not object to the Motion. Plaintiff's Motion is supported by the contemporaneously filed Brief in Support. A proposed order is filed herewith.

DATED this 5th day of January, 2015.

Respectfully Submitted,

*/s/ John Heenan*
John Heenan
BISHOP & HEENAN
1631 Zimmerman Trail
Billings, MT 59102