John Heenan
BISHOP & HEENAN
1631 Zimmerman Trail
Billings, MT 59102
T: (406) 839-9091
F: (406) 839-9092
John@bishopandheenan.com

Keith J. Keogh
Keogh Law LTD
55 W. Monroe St. Suite 3390
Chicago, IL 60603
T: (312) 726-1092
F: (312) 726-1093
Keith@keoghlaw.com
*Admitted Pro Hac Vice*

Benjamin R. Bingham
Bingham & Lea PC
319 Maverick St.
San Antonio, TX 78212
T: (210) 224-1819
F: (210) 224-0141
Ben@binghamandlea.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiff and the Class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JOEL HAGEMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No.  CV-13-50-DLC-RWA<br><br><br><br>**NOTICE OF PROPOSED CY PRES RECIPIENTS** |

For the reasons stated at the Final Fairness Hearing, the parties propose the following four cy pres recipients, subject to Court approval:

1)   Cell Phones for Soldiers (www.cellphonesforsoldiers.com)

1

2) National Math & Science Initiative (www.nms.org)

3) BUILD (www.build.org)

4) Computers for Youth (www.cfy.org)

DATED this 9th day of February, 2015.

        Respectfully Submitted,

        */s/ John Heenan*
        John Heenan
        BISHOP & HEENAN
        1631 Zimmerman Trail
        Billings, MT 59102